FILED

04/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0025

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**SUPREME COURT CAUSE NO. DA 21-0025**

| | |
|---|---|
| IN RE THE ESTATE OF:<br><br>DANIEL CHRISTOPHER BURNS,<br><br>Deceased. | ) <br> ) <br> ) SUPREME COURT CAUSE No. DA 21-0025 <br> ) <br> ) <br> ) DISTRICT COURT CAUSE No. DP-2014-26 <br> ) <br> ) **ORDER DISMISSING APPEAL** <br> ) <br> ) <br> ) <br> ) |

UPON REVIEW of the Appellant's *Motion to Dismiss Appeal* and with good cause being shown;

IT IS HEREBY ORDERED that the above-named appeal is hereby DISMISSED.

_____
SUPREME COURT JUSTICE

CC:
- Appellant, c/o Patrick F. Flaherty
- Appellee, c/o William O'Connor

**ORDER DISMISSING APPEAL**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 5 2021